UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2020
JULY 7, 2020 SESSION



UNITED STATES OF AMERICA

v.  CRIMINAL NO. 2:20-00098
18 U.S.C. § 875(b)
18 U.S.C. § 875(c)

NABIL GUIRGUIS

## I N D I C T M E N T

The Grand Jury Charges:

### COUNT ONE
(Interstate Communications with Intent to Extort)

On or about April 23, 2020, in the Southern District of West Virginia and elsewhere, defendant NABIL GUIRGUIS knowingly and with intent to extort money from a person, A.M., did transmit in interstate and foreign commerce from the State of Florida to Charleston, Kanawha County, West Virginia, within the Southern District of West Virginia, electronic communications using Viber, an electronic messaging application that uses interstate communication facilities, to A.M. and others, and the communications contained a threat to injure A.M., specifically "the cost of playing with the Guirguis' is [bank icon]|Blood."

In violation of Title 18, United States Code, Section 875(b).

## COUNT TWO
### (Interstate Communications Containing Threat to Injure)

On or about April 23, 2020, in the Southern District of West Virginia and elsewhere, defendant NABIL GUIRGUIS knowingly and willfully did transmit in interstate and foreign commerce from the State of Florida to Charleston, Kanawha County, West Virginia, within the Southern District of West Virginia, electronic communications using Viber, an electronic messaging application that uses interstate communication facilities, to A.M. and others, and defendant intended and knew that the communications contained a threat in Arabic to injure A.M., a Coptic Christian, because the messages, when translated to English, stated in substance that Egyptian-Coptic-American is a dangerous dynasty that should be exterminated and the punishment should be by pouring blood.

In violation of Title 18, United States Code, Section 875(c).

## COUNT THREE
### (Interstate Communications Containing Threat to Injure)

On or about April 25, 2020, in the Southern District of West Virginia and elsewhere, defendant NABIL GUIRGUIS knowingly and willfully did transmit in interstate and foreign commerce from the State of Florida to Charleston, Kanawha County, West Virginia, within the Southern District of West Virginia, electronic communications using Viber, an electronic messaging application that uses interstate communication facilities, to A.M. and others, and defendant intended and knew that the communications contained a threat in Arabic to injure A.M., because the messages, when translated to English, stated in substance that the plan was to overthrow A.M. and another person in one hit and the agreed upon method was cutting a throat.

In violation of Title 18, United States Code, Section 875(c).

## COUNT FOUR
### (Interstate Communications Containing Threat to Injure)

On or about April 27, 2020, in the Southern District of West Virginia and elsewhere, defendant NABIL GUIRGUIS knowingly and willfully did transmit in interstate and foreign commerce from the State of Florida to Charleston, Kanawha County, West Virginia, within the Southern District of West Virginia, an electronic communication using WhatsApp, an electronic messaging application that uses interstate communication facilities, to A.M., and defendant intended and knew that the communication contained a threat to injure A.M., specifically "IT IS ALL OUT PUBLIC WAR SIS|BROTHER!"

In violation of Title 18, United States Code, Section 875(c).

## COUNT FIVE
### (Interstate Communications Containing Threat to Injure)

On or about May 4, 2020, in the Southern District of West Virginia and elsewhere, defendant NABIL GUIRGUIS knowingly and willfully did transmit in interstate and foreign commerce from the State of Florida to Charleston, Kanawha County, West Virginia, within the Southern District of West Virginia, an electronic communication using Viber, an electronic messaging application that uses interstate communication facilities, to A.M. and others, and defendant intended and knew that the communication contained a threat to injure A.M., specifically threatening "do I have to take you to the OR and take your guts out."

In violation of Title 18, United States Code, Section 875(c).

                MICHAEL B. STUART
                United States Attorney

By: _____
     NOWLES H. HEINRICH
     Assistant United States Attorney